No. 84–304.  GRANN ET AL. *v.* CITY OF MADISON.  C. A. 7th Cir.  Certiorari denied.

No. 84–305.  KELLY *v.* IDAHO.  Ct. App. Idaho.  Certiorari denied.

No. 84–306.  DEPARTMENT OF REVENUE OF ILLINOIS ET AL. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 84–308.  PAAR *v.* FINNERTY, SHERIFF, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–309.  CANTON TEXTILE MILLS, INC., ET AL. *v.* LATHEM.  Sup. Ct. Ga.  Certiorari denied.

No. 84–313.  SIMPSON *v.* SIMPSON.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 84–323.  LEATHERBY INSURANCE CO., AKA WESTERN EMPLOYERS INSURANCE CO. *v.* MERIT INSURANCE CO.  C. A. 7th Cir.  Certiorari denied.

No. 84–327.  FINNELL *v.* NEW MEXICO.  Sup. Ct. N. M. Certiorari denied.

No. 84–383.  ARGITAKOS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–396.  JONES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 84–419.  MALENO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–423.  DAMSKY *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–5093.  WALKER *v.* NAVAJO-HOPI INDIAN RELOCATION COMMISSION.  C. A. 9th Cir.  Certiorari denied.

No. 84–5235.  KREJCI *v.* UNITED STATES ARMY MATERIAL DEVELOPMENT READINESS COMMAND ET AL.  C. A. 7th Cir. Certiorari denied.